# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

　　　　Plaintiff,

　　v.

**JAMES G BALDWIN,**

　　　　Defendant.

Case No. 03-5356FDB

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, GREG GRUBER

The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge FRANKLIN D BURGESS.

　　*Date of hearing:*　　DECEMBER 21, 2005

　　*Time of hearing:*　　10:30 A.M.

**IT IS ORDERED** that the defendant:

( X )  Be released on **CONDITIONS HE REMAIN IN FULL COMPLIANCE WITH THE TERMS AND CONDITIONS OF HIS PROBATION.**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　　　December 9, 2005.

　　　　　　　　　　　　　　　　　　　　 /s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1